**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jimmy CARTER, Defendant–Appellant.**

**No. 01–4381.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 19, 2001.

Decided Nov. 20, 2001.

Clarke F. Ahlers, Clarke F. Ahlers, P.C., Columbia, MD, for appellant. Thomas M. DiBiagio, United States Attorney, Joyce K. McDonald, Assistant United States Attorney, Baltimore, MD, for appellee.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Jimmy Carter appeals his conviction for possessing and uttering a counterfeit security of an organization, in violation of 18 U.S.C. § 513(a) (1994), contending the prosecutor improperly commented on his exercise of his constitutional right not to testify. Because we conclude even if the prosecutor's comments were improper, they did not affect Carter's substantial rights, we affirm Carter's conviction and sentence. *See United States v. Harrison,* 716 F.2d 1050, 1052 (4th Cir.1983). We dispense with oral argument because the facts and legal contentions of the parties are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*